# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Veronica Development Associates LLC | 12/14/2022 | 266525 | Check | $ 77,626.42 |
| Akorn Operating Company, LLC | Veronica Development Associates LLC | 1/18/2023 | 266968 | Check | $ 84,683.37 |
| Akorn Operating Company, LLC | Veronica Development Associates LLC | 2/22/2023 | 267379 | Check | $ 84,683.37 |
|  |  |  |  |  | $ 246,993.16 |